**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO.: 2:13-CR-115-JTM-PRC |
| ) | |
| PAUL DESHAUN ROBINSON, ) | |
| Defendant. ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT PAUL DESHAUN ROBINSON

TO:  THE HONORABLE JAMES T. MOODY,
       UNITED STATES DISTRICT COURT

Upon Defendant Paul Deshaun Robinson's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on February 7, 2014, with the consent of Defendant Paul Deshaun Robinson, counsel for Defendant Paul Deshaun Robinson, and counsel for the United States of America.

The hearing on Defendant Paul Deshaun Robinson's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Paul Deshaun Robinson under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Paul Deshaun Robinson,

I FIND as follows:

(1) that Defendant Paul Deshaun Robinson understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Paul Deshaun Robinson understands his right to trial by jury, to persist in

his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Paul Deshaun Robinson understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Paul Deshaun Robinson understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Paul Deshaun Robinson has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Paul Deshaun Robinson is competent to plead guilty;

(6) that Defendant Paul Deshaun Robinson understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Paul Deshaun Robinson's plea; and further,

I RECOMMEND that the Court accept Paul Deshaun Robinson's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Paul Deshaun Robinson be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Paul Deshaun Robinson be adjudged guilty, a sentencing date before Senior Judge James T. Moody will be scheduled. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 7th day of February, 2014.

        s/ Paul R. Cherry
        MAGISTRATE JUDGE PAUL R. CHERRY
        UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Honorable James T. Moody