UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:13 CR 115 |
| | ) | |
| PAUL DESHAUN ROBINSON | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 23), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 1 of the Indictment is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: May 30, 2014

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT